STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

EVAN M. MATEER (CABN 326848)
Special Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7181
     FAX: (415) 436-7234
     Evan.Mateer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 3:21-MJ-71434-MAG** |
|    Plaintiff, | **DETENTION ORDER** |
|   v. | |
| MIGUEL RENGIFO-PAEZ, | |
|    Defendant. | |

On September 9, 2021, defendant Miguel Rengifo-Paez was charged by Complaint for being a felon in possession of a firearm and ammunition, in violation of Title 18 U.S.C. § 922(g)(1).

This matter came before the Court on September 20, 2021 for a detention hearing, which was held via videoconference with the consent of the defendant. All parties appeared remotely at the detention hearing. The defendant was represented by Assistant Federal Public Defender Daniel Blank. Special Assistant United States Attorney Evan Mateer appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers, and arguments presented, and for the reasons stated on

the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.  Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the bases for its conclusion:  (1) the defendant made violent threats towards other individuals in jail calls on August 11 and August 12, 2021; (2) the defendant is evidenced as being involved in a June 22, 2021 shooting and attempted homicide; (3) the Glock 21 seized from defendant is associated with spent shell casings collected at the scene of a July 23, 2021 shooting incident; and (4) the defendant is evidenced as being involved in a May 26, 2021 shooting incident.

Given the nature of the offense, the weight of the evidence against the defendant, the defendant's history and characteristics, and the nature and seriousness of the danger to any person or the community that would be posed by the defendant's release, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community at large.  This finding is made without prejudice to the defendant's right to seek review of defendant's detention or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1.      The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.      The defendant be afforded reasonable opportunity for private consultation with counsel; and

3.      On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

1          IT IS SO ORDERED.

2

3   DATED: September 21, 2021

4                                                    HONORABLE SALLIE KIM
                                                     United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28